IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD EARL TARVER III,

    Plaintiff,

  v.

SANDIA CORP.; JAMES WANG; AND DOES 1–20,

    Defendants.
                                       /

No. C 06-03130 WHA

**ORDER RE SELECTING ADR PROCESS**

      Plaintiff Edward Earl Tarver III and at least one defendant request referral to private alternative dispute resolution without identifying the process or provider. They also ask that the Court not require a deadline for the ADR session. They want to defer these issues until after certain discovery. The requests are **DENIED**. The parties should resubmit the stipulation and proposed order, naming the provider, identifying the process and requesting a deadline. *See* Order Setting Initial Case Mgmt. Conference & ADR Deadlines; Civil L. R. 16-8(c); ADR L.R. 3-5(c). The stipulation to ADR process was due July 21, 2006. The parties should submit the corrected stipulation and proposed order by **NOON, TUESDAY, AUGUST 1, 2006**.

      **IT IS SO ORDERED.**

Dated: July 28, 2006

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE