07/31/2006  17:38   5106639241                    SSRPLAW.COM                              PAGE  02/02
Jul-31-2006  18:08   From-GLYNN & FINLEY, LLP          925 945 1975          T-782  P.002/003  F-088

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDWARD EARL TARVER III

            Plaintiff(s),

      v.

SANDIA CORPORATION; JAMES
WANG; and DOES 1-20, inclusive,

            Defendant(s).

CASE NO. Case No. C 06-03130 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline  December 1, 2006

Dated: July 31, 2006

                                          Attorney for Plaintiff

Dated: July 31, 2006

                                          Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
— ~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
Mediation
~~Private ADR~~

Deadline for ADR session
    90 days from the date of this order.
✓   other ~~To be determined after CMC~~  Dec. 1, 2006

IT IS SO ORDERED.

Dated: 8/4/06

_____
UNITED STATES DISTRICT     JUDGE