IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD EARL TARVER III,

    Plaintiff,

  v.

SANDIA CORPORATION,

    Defendant.

                                        /

No. C 06-03130 WHA

**ORDER RE REQUEST TO EXTEND DISCOVERY CUT-OFF**

      The Court has received an informal letter from defendant's counsel requesting an extension of fact discovery cut-off from January 28, 2007, to February 26, 2007. Finding no good cause, the request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: December 21, 2006

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE