1 | HUNTER PYLE, SBN 191125
PAMELA KONG, SBN 220912
2 | SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
3 | Oakland, California  94612

4 | Telephone: (510) 663-9240
Facsimile: (510) 663-9241
5

6 | hpyle@ssrplaw.com, pkong@ssrplaw.com

7 | Attorneys for Plaintiff
EDWARD EARL TARVER III

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EARL TARVER III,<br><br>Plaintiff,<br><br>vs.<br><br>SANDIA CORPORATION; JAMES WANG; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-03130  WHA<br><br>**REQUEST FOR ORDER GRANTING DISMISSAL WITH PREJUDICE**<br>AND ORDER THEREON |

The parties to the above-captioned matter hereby notify the Court that the above-captioned matter has been settled to the satisfaction of each of the undersigned parties, and that all parties request that the entire action, including counter-claimant Sandia Corporation's counter-claim for injunctive relief, be dismissed with prejudice.

In accordance with Federal Rules of Civil Procedure Rule 41(a), the parties hereby submit this Request for Order Granting Dismissal with Prejudice.  Each party is to bear its own fees and costs.

---

**REQUEST FOR ORDER GRANTING DISMISSAL WITH PREJUDICE**
TARVER v. SANDIA CORPORATION
C 06-03130  WHA
-1-

Respectfully submitted,

Dated: April 23, 2007                     SUNDEEN SALINAS & PYLE

                                          By: /S/_____
                                              Hunter Pyle

                                          Attorneys for Plaintiff
                                          EDWARD EARL TARVER III

Dated: April 23, 2007                     GLYNN & FINLEY, LLP

                                          By: /S/_____
                                              CLEMENT GLYNN

                                          Attorneys for Defendants
                                          SANDIA CORPORATION and
                                          JAMES WANG

ORDER

Pursuant to the stipulation above, this matter is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED
Judge William Alsup

Date: April 24, 2007.                     _____
                                          William Alsup
                                          United States District Judge

REQUEST FOR ORDER GRANTING DISMISSAL WITH PREJUDICE
TARVER v. SANDIA CORPORATION
C 06-03130 WHA
-2-